VINCENT CASTILLO, State Bar No. 209298
vcastillo@aghwlaw.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION
aka AMTRAK (erroneously sued as "Amtrak")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| GWENDOLYN MORGAN, | Case No. 2:19−CV−00351−MCE−DB |
|---|---|
| Plaintiff, | **ORDER RE: STIPULATION FOR DISMISSAL OF AMTRAK WITHOUT PREJUDICE** |
| v. | |
| AMTRAK and JOHNNY STERIO, | Hon. Morrison C. England, Jr. |
| Defendants. | Trial: None Set |

Based upon the stipulation of Plaintiff and Defendant NATIONAL RAILROAD PASSENGER CORPORATION aka AMTRAK, the Court hereby orders that Defendant NATIONAL RAILROAD PASSENGER CORPORATION aka AMTRAK is dismissed without prejudice, with each side to bear its own costs and fees. This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: April 6, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE