M. Alieu Iscandari Esq.; SBN 184307
Iscandari & Associates
303 Hegenberger Road Suite 311
Oakland CA 94621
Telephone: 510-606-9062
Email: izcan79@gmail.com

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO COURT DIVISION

| GWENDOLYN MORGAN, | Case No.: 2:19-CV-00351-MCE-DB |
|---|---|
| Plaintiff, | |
| vs. | Hearing Date: June 11, 2020 |
| | Time: 2:00 PM |
| AMTRAK AND JOHNNY STERIO, | |
| | ORDER ON PLAINTIFFS VOLUNTARY |
| Defendant | MOTION TO DISMISS THE ACTION |
| | WITHOUT PREJUDICE |

The Court hereby orders the dismissal of the entire action without prejudice based on a lack of jurisdiction. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: May 21, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER ON PLAINTIFFS VOLUNTARY MOTION TO DISMISS THE ACTION WITHOUT PREJUDICE - 1